THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHADREIK WALKER, Appellant. [672 NYS2d 798] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dabiri, J.), rendered June 18, 1996, convicting him of robbery in the first degree (two counts) and robbery in the second degree (four counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court correctly denied the defendant's request for a missing witness charge concerning two eyewitnesses. The prosecution is not required to present the testimony of all eyewitnesses (*see, People v Stridiron,* 33 NY2d 287, 292). The uncalled witnesses' testimony here would merely have been cumulative (*see, People v Gonzalez,* 68 NY2d 424, 428; *People v David,* 243 AD2d 486). O'Brien, J. P., Sullivan, Pizzuto and Krausman, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOSES WILSON, Appellant. [672 NYS2d 798] —Appeal by the defendant from two judgments of the Supreme Court, Suffolk County (Mullen, J.), both rendered November 22, 1996, convicting him of criminal possession of a weapon in the third degree under Indictment No. 2513A/96 and assault in the second degree under S.C.I. No. 2736/96, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

Appellate review of the issues raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the judgments of conviction are affirmed (*see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Rosenblatt, J. P., Sullivan, Joy, Altman and Luciano, JJ., concur.